UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R10, </br></br>    Plaintiff, </br></br>    v. </br></br> BONNIE L. THERRIEN, </br></br>    Defendant. | 2:18-cv-00458-JAW |

**ORDER ON PLAINTIFF'S MOTION FOR APPROVAL OF CONSENT JUDGMENT**

On October 31, 2018, Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10, (Deutsche Bank) filed a foreclosure complaint against Bonnie L. Therrien. *Compl.* (ECF No. 1). On January 25, 2019, Deutsche Bank filed a motion to extend its time to file proof of service, which the Court granted on January 28, 2019. *Pl.'s Mot. to Enlarge Time to File Proof of Service* (ECF No. 5); *Order Granting Mot. to Extend Time* (ECF No. 6). Deutsche Bank served Ms. Therrien on February 20, 2019, and filed proof of service on March 28, 2019. *Proof of Service as to Bonnie L. Therrien* (ECF No. 9). On May 1, 2019, Deutsche Bank filed a motion to amend its complaint. *Mot. to Amend Compl.* (ECF No. 10). The Court granted the motion to amend on May 23, 2019, *Order Granting Without Objection Mot. to Amend* (ECF No.

11), and Deutsche Bank filed its amended complaint on May 29, 2019. *Am. Compl. for Foreclosure* (ECF No. 12).

On October 9, 2019, Deutsche Bank moved for the Court's approval of a "Consent Judgment of Foreclosure and Sale" between Deutsche Bank and Ms. Therrien. *Mot. for Approval of Consent J.* (ECF No. 18). Deutsche Bank attached the proposed consent judgment and the settlement agreement to the motion.[1] *Id.*, Attach. 1, *Consent J. of Foreclosure and Sale; Title of Real Estate Is Involved* (*Consent J.*); *id.*, Attach. 2, *Settlement Agreement*.

The Court reviewed the agreement between the parties that a consent judgment should be entered and reviewed the proposed consent judgment. The Court concludes that the consent judgment presents a reasonable resolution to this action.

The Court GRANTS Deutsche Bank's Motion for Approval of Consent Judgment (ECF No. 10) and ORDERS the Clerk of Court to docket the consent judgment as proposed by the parties.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 1st day of November, 2019

---

[1] The Amended Complaint contains one seeming error. The Amended Complaint alleges that the date of assignment from Ameriquest Mortgage Company to Deutsche Bank is January 1, 2009, while the attached record of the assignment says January 15, 2009. *See Am. Compl.* ¶ 10; *id.*, Attach. 4 at 1. However, the actual date of the assignment is not mentioned in either the settlement agreement nor the consent judgment and there is no suggestion that the assignment was not properly made. Accordingly, the Court approves the consent judgment.